IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARCUS DEWAYNE McQUEEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv414-MHT |
| ) | (WO) |
| **SEG. ALBRIGHT, et al.,** ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was incarcerated at Staton Correctional Facility, filed this lawsuit contending that correctional officers harassed him, threatened him, assaulted him, and denied him food. Plaintiff was ordered to file a certified prison account statement to support his application to proceed in forma pauperis, but he has not responded to the order for over six months. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order and failure to prosecute.

There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of December, 2025.

                               /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**